IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JERRY SMITH,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF MEDFORD, *et al.*,<br><br>　　　　Defendants. | Civ. No. 1:22-cv-00538-CL<br><br>JUDGMENT |

According to the accompanying order, ECF No. 37, this case is DISMISSED.

DATED: 1/3/2024

　　　　　　　　　　　　　　　　　　Melissa Aubin, Clerk

　　　　　　　　　　　　　　By　　/s/ C. Kramer
　　　　　　　　　　　　　　　　　　Deputy Clerk

1 –JUDGMENT